In the Matter of Louis S. Levy, an Attorney, Appellant.
Association of the Bar of the City of New York, Respondent.

Argued January 12, 1942; decided March 19, 1942.

*Nathan L. Miller, Mortimer Hays* and *Mortimer Feuer* for appellant.

*Timothy N. Pfeiffer* and *Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: Finch, Lewis, Conway and Desmond, JJ. Loughran and Rippey, JJ., concur on the ground that there was sufficient evidence to raise an issue of fact which cannot be reviewed by this court. Lehman, Ch. J., taking no part on the ground that possible question might arise whether an appraisal by him of the sufficiency of the evidence to sustain the finding of misconduct on the part of the appellant would be entirely uninfluenced by his friendly relations.